MAZIN A. SBAITI, ESQ.
CA Bar No. 275089
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
2200 Ross Ave – Suite 4900W
Dallas, Texas 75201
T:  (214) 432-2899
F:  (214) 853-4367
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLACK MOUNTAIN EQUITIES, INC., | § | Case No. 21-CV-0571-JLS-BGS |
| | § | |
| *Plaintiff*, | § | **NOTICE OF APPLICATION** |
| | § | **AND APPLICATION** |
| vs. | § | **FOR PRELIMINARY** |
| | § | **INJUNCTION** |
| TWO RIVERS WATER & FARMING COMPANY, | § | |
| | § | |
| | § | Judge: Hon. Janis L. Sammartino |
| *Defendant*. | § | Mag. Judge: Bernard G. Skomal |
| | § | Hearing Date: May 27, 2021 |

PLEASE TAKE NOTICE that Plaintiff Black Mountain Equities, Inc. hereby notices its Application for a Preliminary Injunction for hearing on May 27, 2021 at 1:30 p.m. in the above referenced Court located at 221 West Broadway, Courtroom 4D, San Diego, California 92101.

Plaintiff hereby moves the Court for entry of a preliminary injunction against Defendant Two Rivers Water & Farming Company.  This Application is based upon

NOTICE OF APPLICATION AND APPLICATION FOR PRELIMINARY INJUNCTION      PAGE 1

the accompanying Memorandum of Law; the accompanying Declaration of Adam with supporting exhibits; the pleadings and papers on file herein; and such other arguments, evidence, and matters as may be presented at, or before, the hearing on the Application.

Dated: April 23, 2021                    **SBAITI & COMPANY, PLLC**

>                                        */s/  Mazin A. Sbaiti*
>                                        Counsel for Plaintiff