MAZIN A. SBAITI, ESQ.
CA Bar No. 275089
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
2200 Ross Ave – Suite 4900W
Dallas, Texas 75201
T:  (214) 432-2899
F:  (214) 853-4367
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., | Case No. 21-CV-0571-JLS-BGS |
| *Plaintiff*, | **NOTICE OF WITHDRAWAL OF ERRONEOUS FILINGS [ECF NOS. 4, 5, 6]** |
| vs. | |
| TWO RIVERS WATER & FARMING COMPANY, | |
| *Defendant*. | Judge: Hon. Janis L. Sammartino<br>Mag. Judge: Bernard G. Skomal |

PLEASE TAKE NOTICE that Plaintiff Black Mountain Equities, Inc. hereby requests the withdrawal of ECF Nos. 4, 5 and 6, which were erroneously filed as separate documents rather than as a single filing.  Plaintiff intends to refile its Application for an Injunction in the correct format (as a single filing: a Notice of Motion with attachments).

---

NOTICE OF APPLICATION AND APPLICATION FOR PRELIMINARY INJUNCTION     PAGE 1

Respectfully submitted,

Dated: April 23, 2021   **SBAITI & COMPANY, PLLC**

*/s/ Mazin A. Sbaiti*
Counsel for Plaintiff