UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> Defendant. | Case No.: 21-CV-571 JLS (BGS) <br><br> **ORDER (1) GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S APPLICATION FOR A TEMPORARY INJUNCTION AND (2) SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** <br><br> (ECF Nos. 8, 9) |

Presently before the Court is the Parties' Joint Motion to Continue Hearing Date on Plaintiff's Application for a Temporary Injunction ("Joint Mot.," ECF No. 9). The Parties jointly request the Court to continue the hearing to June 24, 2021, at 1:30 p.m. *See id.* at 1.

Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **CONTINUES** the hearing on Plaintiff's Application for Preliminary Injunction ("Mot.," ECF No. 8) to June 24, 2021, at 1:30 p.m. Defendant Two Rivers Water & Farming ///

1

21-CV-571 JLS (BGS)

1  Company **SHALL FILE** its opposition to the Motion <u>on or before May 27, 2021</u>.  Plaintiff
2  Black Mountain Equities, Inc. **MAY FILE** a reply, if any, <u>on or before June 3, 2021</u>.
3      **IT IS SO ORDERED.**
4  Dated:  May 7, 2021

                    *Janis L. Sammartino*
                    Hon. Janis L. Sammartino
                    United States District Judge