AO 441     Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Black Mountain Equities, Inc.

*Plaintiff*

V.

Two Rivers Water & Farming Company

*Defendant*

Civil Action No.   21cv0571-JLS-BGS

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

> Two Rivers Water & Farming Company
> 140 W. 29th Street, Suite 221
> Pueblo, CO  81008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mazin A. Sbaiti
> 2200 Ross Avenue Suite 4900W
> Dallas, TX 75201
> (214) 432-2899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:     4/2/21



John Morrill
*CLERK OF COURT*
S/     S. Dunbar
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 21cv0571-JLS-BGS                                         Date Issued: 4/2/21

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's Signature

_____
Printed name and title

_____
Server's address

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**Plaintiff:**

BLACK MOUNTAIN EQUITIES, INC.

v.

**Defendant:**

TWO RIVERS WATER & FARMING COMPANY

**Affidavit of Service**

Case #: 21cv0571-JLS-BGS

Recieved on **April 29, 2021 at 1:58 pm**

I, **Steven D. Glenn**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **April 29, 2021 at 7:06 pm**, I executed service of a **SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR BREACH OF CONTACT; FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT AND A PRELIMINARY INJUNCTION; CIVIL CASE COVER SHEET; EXHIBITS A-D**, on TWO RIVERS WATER & FARMING COMPANY at 4704 Sonado Place, Parker, Douglas County, CO 80134.

By Corporate Service to: HEATHER KERNS - REGISTERED AGENT

**Physical Description:**

Race: Caucasian   Sex: Female   Age: 40's   Height: 5' 6"   Weight: 150 lbs   Hair: Blonde   Glasses: No

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Steven D. Glenn

Subscribed and sworn before me by the Affiant who is personally known to me.

_____
Notary

4-30-2021
Date

TARA ROSE ARAGON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174036209
MY COMMISSION EXPIRES AUGUST 29, 2021

Field Sheet Id: 14104
Client Reference:  KTA 21-903

Page 1 of 1
Process ServerSoftware Pro