Brownstein Hyatt Farber Schreck, LLP
Jonathan C. Sandler, Bar No. 227532
jsandler@bhfs.com
Jonathan D. Marvisi, Bar No. 319170
jmarvisi@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3007
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorneys for Defendant
TWO RIVERS WATER & FARMING COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> Defendant. | Case No. 3:21-cv-00571 JLS-BGS <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

TO ALL PARTIES IN THE ABOVE-REFERENCED ACTION:

PLEASE TAKE NOTICE THAT THAT Jonathan C. Sandler and Jonathan D. Marvisi of Brownstein Hyatt Farber Schreck, LLP hereby enter their appearance as counsel for Defendant Two Rivers Water & Farming Company in this action. Appearing counsel request that all papers served in this action be served upon the undersigned at the addresses below, as appropriate:

22745236.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

Jonathan C. Sandler
Cal. Bar No. 227532
Jonathan D. Marvisi
Cal Bar No. 319170
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA  90067
Email: jsandler@bhfs.com
Email: jmarvisi@bhfs.com
Telephone No.: 310.500.4600/310.564-8672
Fax No.:  310.500.4602

The above-counsel should be added to the service list for all exchanges of pleadings and notice of proceedings in this action.

Dated:  June 3, 2021

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Jonathan C. Sandler
    Jonathan C. Sandler
    Jonathan D. Marvisi

Attorneys for Defendant
TWO RIVERS WATER & FARMING COMPANY

22745236.1

# **PROOF OF SERVICE**

I, Patricia R. Cormier Herron, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3550, Los Angeles, California 90067-3007.

On June 3, 2021, I electronically filed the attached document:

    NOTICE OF APPEARANCE OF COUNSEL

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

    Mazin A. Sbaiti, Esq.
    SBAITI & COMPANY PLLC
    2200 Ross Avenue, Suite 4900W
    Dallas, TX 75201
    Phone:  (214) 432-2899
    Fax:  (214) 853-4367
    Email:  mas@sbaitilaw.com

*Attorneys for Plaintiff*
BLACK MOUNTAIN EQUITIES, INC.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 3, 2021, at Los Angeles, California.

                      /s/ Patricia R. Cormier Herron

22745674.1

PROOF OF SERVICE