UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TWO RIVERS WATER & FARMING COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-CV-571 JLS (BGS)<br><br>**ORDER TO SHOW CAUSE WHY (1) JUNE 24, 2021 HEARING SHOULD PROCEED AND (2) COURT SHOULD NOT GRANT UNOPPOSED APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>(ECF No. 8) |

　　　　Presently before the Court is Plaintiff Black Mountain Equities, Inc.'s Application for Preliminary Injunction ("Mot.," ECF No. 8). On May 7, 2021, the Court granted the Parties' Joint Motion to Continue Hearing Date on Plaintiff's Application for a Temporary Injunction (ECF No. 9) and issued an order (1) continuing the hearing on the Motion to June 24, 2021 and (2) setting a briefing schedule for the Motion (the "Order," ECF No. 10). The Parties did not file opposition or reply briefs in accordance with the Order's briefing schedule.

　　　　Accordingly, the Court **ORDERS** the Parties to **SHOW CAUSE** why (1) the hearing on the Motion scheduled for June 24, 2021 should proceed and (2) the Court should not grant the unopposed Motion. Each Party **SHALL FILE** a brief, not to exceed five (5)

pages, addressing these issues <u>on or before June 9, 2021</u>, unless Plaintiff withdraws the Motion on or before that date.  Each Party **MAY FILE** a responsive brief, also not to exceed five (5) pages, <u>on or before June 14, 2021</u>.  Failure to comply with this Order to Show Cause will result in the vacating of the hearing and may result in the granting of the unopposed Motion.

     **IT IS SO ORDERED.**

Dated:  June 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge