Brownstein Hyatt Farber Schreck, LLP
Jonathan C. Sandler, Bar No. 227532
jsandler@bhfs.com
Jonathan D. Marvisi, Bar No. 319170
jmarvisi@bhfs.com
2049 Century Park East
Suite 3550
Los Angeles, California  90067-3007
Telephone:   310.500.4600
Facsimile:   310.500.4602

Stanley L. Garnett, Colo. Bar No. 12282
(*Pro Hac Admission Pending*)
sgarnett@bhfs.com
Amanda K. Houseal, Colo. Bar. No. 49628
(*Pro Hac Admission Pending*)
410 17th Street, Suite 2200
Denver, Colorado 80204
Telephone: 303.223.1100
Facsimile: 303.223.1111

Attorneys for Defendant
TWO RIVERS WATER & FARMING
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TWO RIVERS WATER & FARMING COMPANY,<br><br>Defendant. | Case No. 21CV0571 JLS BGS<br><br>**DEFENDANT'S UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO EXTEND RESPONSE AND REPLY DEADLINES TO PLAINTIFF'S APPLICATION FOR A TEMPORARY INJUNCTION AND EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT Defendant Two Rivers Water & Farming

Company ("Defendant") hereby submits its Unopposed Response to Order to Show

Cause and Motion to Extend Response and Reply Deadlines to Plaintiff's

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

Application for a Temporary Injunction and Extend Deadline to Respond to Amended Complaint.

1.      Plaintiff Black Mountain Equities, Inc. ("Plaintiff") filed its Complaint against Defendant on April 1, 2021. (ECF No. 1)

2.      Plaintiff subsequently filed its Amended Complaint against Defendant on April 23, 2021. (ECF No. 3)

3.      That same day, Plaintiff also filed an Application for Preliminary Injunction against Defendant. (ECF No.8).

4.      On May 6, 2021, Plaintiff filed a Joint Motion to Continue Hearing Date on Plaintiff's Application for Preliminary Injunction (ECF No. 9), which the Court granted on May 7, 2021. (ECF No. 10). Representing Defendant in this stipulation was Colorado counsel Fay Matsukage, who is not admitted to practice in the United States District Court for the Southern District of California, did not otherwise enter an appearance, and informed undersigned counsel that she did not receive the dates for responses in the Court's May 7, 2021 order.

5.      Pursuant to the Court's Order Granting Joint Motion to Continue Hearing Date on Plaintiff's Application for a Temporary Injunction, the Court continued the hearing to June 24, 2021 at 1:30 p.m., ordered Defendant to file its opposition on or before May 27, 2021, and permitted Plaintiff to file a response by June 3, 2021. (ECF No. 10).

6.      Defendant retained Brownstein Hyatt Farber Schreck, LLP on June 3, 2021. (ECF No. 12). Stanley L. Garnett intends to be lead counsel for Defendant and has applied for pro hac vice admission, and Jonathan Sandler and Jonathan Marvisi, both of whom are admitted to practice before this Court, intend to serve as local counsel.

7.      The Court issued its Order to Show Cause on June 4, 2021. (ECF No. 13).

DEFENDANT'S UNOPPOSED RESPONSE
TO ORDER TO SHOW CAUSE AND
MOTION TO EXTEND RESPONSE AND
REPLY DEADLINES
21CV0571 JLS BGS

8.      Due to the problems with notice to undersigned counsel, on June 7, 2021, counsel for Plaintiff and Counsel for Defendant agreed, subject to the approval of the Court, to extend Defendant's response deadline to Plaintiff's Application for a Temporary Injunction and Second Amended Complaint by seven (7) days up to and including June 14, 2021.

9.      Counsel for both parties also agreed, subject to the approval of the Court, to extend Plaintiff's reply deadline up to and including June 18, 2021.

WHEREFORE Defendant submits this unopposed response to this Court's Order to Show Cause and moves the Court to extend Defendant's deadline to respond to Plaintiff's Application for a Temporary Injunction up to and including June 14, 2021, extend Plaintiff's response deadline up to and including June 18, 2021, and extend Defendant's deadline to respond to Plaintiff's Amended Complaint (ECF No. 3) up to and including June 14, 2021.

Dated: June 10, 2021

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Jonathan C. Sandler
    Stanley L. Garnett (*Pro Hac Admission Pending*)
    Amanda K. Houseal (*Pro Hac Admission Pending*)
    Jonathan C. Sandler
    Jonathan D. Marvisi

Attorneys for Defendant
TWO RIVERS WATER & FARMING COMPANY

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

DEFENDANT'S UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO EXTEND RESPONSE AND REPLY DEADLINES
21CV0571 JLS BGS

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

## **PROOF OF SERVICE**

I, Patricia R. Cormier Herron, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2049 Century Park East, Suite 3550, Los Angeles, California  90067-3007.

On June 10, 2021, I electronically filed the attached document:

**DEFENDANT'S UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO EXTEND RESPONSE AND REPLY DEADLINES TO PLAINTIFF'S APPLICATION FOR A TEMPORARY INJUNCTION AND EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT; and [PROPOSED ORDER]**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Mazin A. Sbaiti, Esq.
SBAITI & COMPANY PLLC
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
Phone:     (214) 432-2899
Fax:         (214) 853-4367
Email:     mas@sbaitilaw.com

*Attorneys for Plaintiff*
BLACK MOUNTAIN EQUITIES, INC.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2021, at Los Angeles, California.

/s/ Patricia R. Cormier Herron
_____

22745674.1

PROOF OF SERVICE