UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> Defendant. | Case No. 3:21-cv-00571 JLS-BGS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO EXTEND RESPONSE DEADLINES TO PLAINTIFF'S APPLICATION FOR TEMPORARY INJUNCTION AND TO AMENDED COMPLAINT** |

The Court, having reviewed Defendant's Unopposed Response to Order to Show Cause and Motion to Extend Response Deadlines to Plaintiff's Application for Temporary Injunction and to Amended Complaint in this matter, hereby ORDERS the following deadlines are extended as follows:

1. June 14, 2021 – extended deadline for Defendant to respond to Plaintiff's Application for a Temporary Injunction;

2. June 18, 2021 – extended deadline for Plaintiff to file any response in support of Application for Temporary Injunction; and

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

22762522.2

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE AND EXTENDING DEADLINES TO RESPOND
21CV0571 JLS BGS

3. June 14, 2021 – extended deadline for Defendant to respond to Plaintiff's Amended Complaint.

IT IS SO ORDERED

Dated: _____ ___, 2021   By: _____
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

22762522.2

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE AND EXTENDING DEADLINES TO RESPOND
21CV0571 JLS BGS