UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TWO RIVERS WATER & FARMING COMPANY,<br><br>Defendant. | Case No.: 21-CV-571 JLS (BGS)<br><br>**ORDER (1) DISCHARGING JUNE 4, 2021 ORDER TO SHOW CAUSE, (2) GRANTING MOTION TO EXTEND DEADLINES, AND (3) SUA SPONTE RESETTING HEARING ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>(ECF Nos. 13, 14) |

On June 4, 2021, the Court ordered the Parties to show cause **"**why (1) the hearing on the Motion [for Preliminary Injunction (ECF No. 8, "Motion")] scheduled for June 24, 2021 should proceed and (2) the Court should not grant the unopposed Motion." ECF No. 13 ("OSC").  On June 9, 2021, Defendant Two Rivers Water & Farming Company filed is Unopposed Response to the OSC, which also moved to extend the deadlines to file a response and reply to the Motion and to respond to Plaintiff Black Mountain Equities, Inc.'s Amended Complaint.  *See generally* ECF No. 14 ("Resp.").

Good cause appearing, the Court **DISCHARGES** the June 4, 2021 OSC and **GRANTS** Defendant's motion to extend deadlines.  As agreed by the Parties, Defendant

**SHALL FILE** an opposition to the Motion and a response to Plaintiff's Amended Complaint <u>on or before June 14, 2021</u>. Plaintiff **MAY FILE** a reply in support of the Motion <u>on or before June 18, 2021</u>. To accommodate the Court's schedule and provide it with sufficient time to prepare, the Court, on its own motion, **RESETS** the hearing on the Motion to <u>9:30 a.m. on July 6, 2021</u>.

    IT IS SO ORDERED.

Dated: June 10, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge