MAZIN A. SBAITI, ESQ.
CA Bar No. 275089
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
2200 Ross Ave – Suite 4900W
Dallas, Texas 75201
T:  (214) 432-2899
F:  (214) 853-4367
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| BLACK MOUNTAIN EQUITIES, INC., | § | Case No. 21-CV-0571-JLS-BGS |
|---|---|---|
| | § | |
| | § | **UNOPPOSED REQUEST** |
| *Plaintiff*, | § | **FOR TELEPHONIC OR** |
| | § | **VIDEOCONFERENCE** |
| vs. | § | **APPEARANCE** |
| | § | |
| TWO RIVERS WATER & FARMING COMPANY, | § | Judge: Hon. Janis L. Sammartino |
| | § | Mag. Judge: Bernard G. Skomal |
| | § | Hearing Date: July 6, 2021 |
| *Defendant*. | § | Time:  9:30 a.m. |
| | § | Courtroom:  4D |

    Mazin A. Sbaiti, counsel for Plaintiff Black Mountain Equities, Inc., respectfully requests to appear via telephone or videoconference for the hearing on Plaintiff's Application for Preliminary Injunction scheduled for July 6, 2021, at 9:30 a.m. due to his previously scheduled family vacation from July 3 through 11.

    The undersigned counsel has conferred with opposing counsel who do not oppose this request.

| | | |
|---|---|---|
| 1 | Dated: June 20, 2021 | SBAITI & COMPANY PLLC |
| 2 | | |
| 3 | | */s/ Mazin A. Sbaiti* |
| | | Mazin A. Sbaiti |
| 4 | | |
| 5 | | Counsel for Plaintiff |
| | | Black Mountain Equities, Inc. |