UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TWO RIVERS WATER & FARMING COMPANY,<br><br>Defendant. | Case No.: 21-CV-571 JLS (BGS)<br><br>**ORDER GRANTING UNOPPOSED REQUEST FOR TELEPHONIC OR VIDEOCONFERENCE APPEARANCE**<br><br>(ECF No. 20) |

Presently before the Court is Plaintiff Black Mountain Equities, Inc.'s Unopposed Request for Telephonic or Videoconference Appearance ("Mot.," ECF No. 20). Plaintiff requests that its counsel, Mazin A. Sbaiti, be permitted to appear by telephone or videoconference for the hearing on Plaintiff's Application for Preliminary Injunction scheduled for July 6, 2021, at 9:30 a.m., in light of a previously scheduled vacation. *See id.* at 1. Plaintiff notes that counsel for Defendant Two Rivers Water & Farming Company do not oppose the request. *Id.*

/ / /

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** Plaintiff's Motion. Mr. Sbaiti may appear telephonically and should contact the Courtroom Deputy by e-mail at alex_ramos@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated: June 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge