UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br>Plaintiff,<br><br>v.<br><br>TWO RIVERS WATER & FARMING COMPANY,<br><br>Defendant. | Case No.: 21-CV-571 JLS (BGS)<br><br>**ORDER GRANTING UNOPPOSED REQUEST FOR TELEPHONIC OR VIDEOCONFERENCE APPEARANCE**<br><br>(ECF No. 28) |

Presently before the Court is Defendant Two Rivers Water & Farming Company's Unopposed Request for Telephonic or Videoconference Appearance ("Mot.," ECF No. 28). Defendant requests that its counsel, Stanley L. Garnett and Amanda K. Houseal, be permitted to appear by telephone or videoconference for the hearing on Plaintiff Black Mountain Equities, Inc.'s Application for Preliminary Injunction scheduled for July 6, 2021, at 9:30 a.m., in light of scheduling and travel conflicts with other out-of-state court appearances. *See id.* at 1. Defendant notes that counsel for Plaintiff does not oppose the request. *Id.*

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** Defendant's Motion. Mr. Garnett and Ms. Houseal may appear telephonically and should contact the Courtroom Deputy by e-mail at alex_ramos@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated: June 25, 2021

Hon. Janis L. Sammartino
United States District Judge