# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> Defendant. | Case No.: 21-cv-00571-JLS-BGS <br><br> **NOTICE OF CHANGE OF HEARING** |

Due to a conflict in the Court's calendar, the Early Neutral Evaluation Conference set for Friday, July 30, 2021 at 2:00 PM before Magistrate Judge Bernard G. Skomal is **RESCHEDULED** for Monday, **July 26, 2021** at **1:30 PM**. This Early Neutral Evaluation Conference will be conducted **via video conference**.[1] If counsel does not receive an invitation to join the Zoom video conference by the end of the day on July 23, 2021, please email chambers at efile_skomal@casd.uscourts.gov. No other deadlines in the Court's Early Neutral Evaluation Conference Order (ECF No. 32) are modified.

**IT IS SO ORDERED**.

Dated: July 9, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] Please look to the Court's Early Neutral Evaluation Conference Order for the video conference instructions. (ECF No. 32 at 4–5.)

1

21-cv-00571-JLS-BGS