MAZIN A. SBAITI, ESQ.
CA Bar No. 275089
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
2200 Ross Ave – Suite 4900W
Dallas, Texas 75201
T:  (214) 432-2899
F:  (214) 853-4367
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> *Defendant*. | Case No. 21-CV-0571-JLS-BGS <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Janis L. Sammartino <br> Mag. Judge: Bernard G. Skomal <br> Hearing Date: NA <br> Time:  NA <br> Courtroom:  4D |

**PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement and file a stipulation of dismissal on or about November 1, 2021.

The parties agree that:

(1)   Defendant Two Rivers Water & Farming Company ("TURV") shall deliver 2,000,000 shares of common stock by Friday, July 30, 2021 (the "Shares").

Joint Notice of Settlement                                                                                           Page 1

(2)     If TURV is fully current on its reporting requirements to the Securities Exchange Commission by October 28, 2021, it will owe no further obligation to Plaintiff. Otherwise, TURV shall deliver 4,287,148 shares of TURV common stock to Plaintiff, by October 31, 2021. This obligation shall be secured by an Agreed Judgment which Plaintiff agrees not to file unless the shares have not been delivered by October 31, 2021.

(3)     Black Mountain agrees that it will limit its sales of the Shares to 10% of the daily total of TURV shares sold on any given day.

In light of the settlement, the parties respectfully request that the Court vacate all pending deadlines in this case, and retain jurisdiction over this case until November 1, 2021. On that date the parties will either dismiss all actions with prejudice or seek to enforce the settlement.

Dated:  July 28, 2021                                            Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti

Counsel for Plaintiff
Black Mountain Equities, Inc.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2021 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| 2 | | |
| 3 | | */s/ Stanley Garnett* |
| 4 | | Stanley Garnett |
| 5 | | |
| 6 | | Counsel for Defendant Two Rivers Water & |
| 7 | | Farming Company |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28