UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> Defendant. | Case No.: 21-CV-571 JLS (BGS) <br><br> **ORDER (1) VACATING PENDING DATES AND DEADLINES AND (2) DENYING WITHOUT PREJUDICE APPLICATION FOR PRELIMINARY INJUNCTION IN LIGHT OF JOINT NOTICE OF SETTLEMENT** <br><br> (ECF Nos. 8, 36) |

Presently before the Court is the Parties' Joint Notice of Settlement ("Joint Notice," ECF No. 36), indicating "that [they] have agreed to settle the above-entitled matter in its entirety," *id.* at 1, and, in light thereof, "respectfully request[ing] that the Court vacate all pending deadlines in this case," *id.* at 2.

Good cause appearing, the Court **VACATES** all pending dates and deadlines in this matter—except those set by Magistrate Judge Bernard G. Skomal in his July 29, 2021 Order, *see* ECF No. 37—including, without limitation, the August 2, 2021 deadline to submit a joint status report and the August 26, 2021 status hearing. In addition, in light of the Joint Notice, the Court **DENIES** Plaintiff Black Mountain Equities, Inc.'s Application

for Preliminary Injunction (ECF No. 8), **WITHOUT PREJUDICE** to Plaintiff renewing said motion should this matter fail to settle.

     **IT IS SO ORDERED.**

Dated: July 29, 2021

                                      Hon. Janis L. Sammartino
                                      United States District Judge