UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> Defendants. | Case No.:  21-cv-00571-JLS-BGS <br><br> **ORDER SETTING VIDEO STATUS CONFERENCE** |

On August 4, 2021, Plaintiff filed a Notice of Violation of Settlement and Request for Emergency Status Conference and Temporary Restraining Order.  (ECF No. 39.) Plaintiff indicated that "[Defendant] is in material breach of the settlement agreement [and] respectfully requests an emergency status conference."  (*Id.* at 2.)

Accordingly, the Court sets a Status Conference for **August 6, 2021 at 10:00 AM PST** to discuss the settlement agreement.  This Status Conference will be held via videoconference[1] and Zoom Invitations will be sent to the emails listed in CM/ECF.  Only the parties to the settlement agreement are required to attend.

**IT IS SO ORDERED**.

Dated:  August 4, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] Instructions regarding the videoconference can be found in the Court's previous orders.  (*See* ECF Nos. 18, 32.)

1