MAZIN A. SBAITI, ESQ.
CA Bar No. 275089
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
2200 Ross Ave – Suite 4900W
Dallas, Texas 75201
T:  (214) 432-2899
F:  (214) 853-4367
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLACK MOUNTAIN EQUITIES, INC., | § § § | Case No. 21-CV-0571-JLS-BGS |
| *Plaintiff*, | § § § § § § § § § | **CORRECTED NOTICE OF VIOLATION OF SETTLEMENT AND REQUEST FOR EMERGENCY STATUS CONFERENCE AND TEMPORARY RESTRAINING ORDER** |
| vs. | | |
| TWO RIVERS WATER & FARMING COMPANY, | | |
| *Defendant*. | § | Judge: Hon. Janis L. Sammartino Mag. Judge: Bernard G. Skomal |

The Parties reached a settlement on Monday, July 26, 2021. The crux was that Defendant Two Rivers Water & Farming Company ("TURV") would immediately issue two million shares to Plaintiff in exchange for the release and discontinuation of the litigation, and a contingency that TURV had until September 28, 2021, to become current with its SEC filings to avoid issuing the balance of the shares due.

CORRECTED Notice of Violation of Settlement and Request
For Emergency Status Conference

Page 1

On Wednesday, July 28, 2021, the Parties filed a Joint Notice of Settlement reflecting their amendment to the settlement that extended the contingency period to October 28, 2021, and reflecting the agreement was that the shares would be issued by Friday, July 30 2021.

The shares were not issued on Friday, July 30, 2021.

They were not issued on Monday, August 2, 2021.

They were not issued on Tuesday, August 3, 2021.

All parties have been well aware that time was of the essence for share issuance. TURV is in material breach of the settlement agreement as reflected above and in the Joint Notice of Settlement. Plaintiff respectfully requests an emergency status conference and to immediately set a hearing for a Temporary Restraining Order. Plaintiff respectfully requests that TURV and its Transfer Agent, American Stock Transfer, be ordered to attend the status conference.

Dated: August 6, 2021                           Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti

Counsel for Plaintiff
Black Mountain Equities, Inc.

CORRECTED Notice of Violation of Settlement and Request
For Emergency Status Conference

Page 2