MAZIN A. SBAITI, ESQ.
CA Bar No. 275089
mas@sbaitilaw.com
SBAITI & COMPANY PLLC
2200 Ross Ave – Suite 4900W
Dallas, Texas 75201
T:  (214) 432-2899
F:  (214) 853-4367
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLACK MOUNTAIN EQUITIES, INC., | § § § | Case No. 21-CV-0571-JLS-BGS |
| *Plaintiff*, | § § § § | **PLAINTIFF'S STATUS UPDATE REGARDING SETTLEMENT AND REQUEST FOR ENTRY OF FINAL JUDGMENT** |
| vs. | § § | |
| TWO RIVERS WATER & FARMING COMPANY, | § § § § | Judge: Hon. Janis L. Sammartino  Mag. Judge: Bernard G. Skomal |
| *Defendant*. | § | |

1. On July 28, 2021, the parties filed their Joint Notice of Settlement [Doc. 36], in which the parties agreed that:

- Defendant Two Rivers Water & Farming Company ("TURV") would deliver 2,000,000 shares of common stock by Friday, July 30, 2021 (the "Shares");

- If TURV became fully current on its reporting requirements to the Securities Exchange Commission by October 28, 2021, it would owe

no further obligation to Plaintiff. Otherwise, TURV would deliver 4,287,148 shares of TURV common stock to Plaintiff by October 31, 2021.

2. This obligation was secured by an Agreed Judgment which Plaintiff agreed not to file unless the shares have not been delivered to Plaintiff by October 31, 2021.

3. As of this filing, Defendant failed to become fully current on its reporting requirements to the Securities Exchange Commission, and it has not delivered the required 4,287,148 shares of TURV common stock to Plaintiff.

4. In accordance with the terms of the Notice of Settlement and based upon Defendant's failures to comply with the settlement terms, Plaintiff requests that the Court enter the Final Judgment attached hereto as Exhibit A, which was agreed to in substance at the settlement conference.

Dated:  November 1, 2021    Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti

Counsel for Plaintiff
Black Mountain Equities, Inc.