# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> TWO RIVERS WATER & FARMING COMPANY, <br><br> *Defendant*. | Case No. 21-CV-0571-JLS-BGS <br><br> **FINAL JUDGMENT** <br><br> Judge: Hon. Janis L. Sammartino <br> Mag. Judge: Bernard G. Skomal |

Plaintiff Black Mountain Equities, Inc. filed its Complaint against Defendant Two Rivers Water & Farming Company ("TURV" or "Defendant), and after Defendant having answered the Complaint, the parties reached a settlement of all claims and filed their Joint Notice of Settlement [Doc. 36] on July 28, 2021, in which the parties agreed that:

- Defendant Two Rivers Water & Farming Company ("TURV") would deliver 2,000,000 shares of common stock by Friday, July 30, 2021 (the "Shares"). Black Mountain agrees that it will limit its sales of the Shares to 10% of the daily total of TURV shares sold on any given day.

- If TURV became fully current on its reporting requirements to the Securities Exchange Commission by October 28, 2021, it would owe no further obligation to Plaintiff. Otherwise, TURV would deliver

4,287,148 shares of TURV common stock to Plaintiff by October 31, 2021.

This last obligation was secured by an Agreed Judgment which Plaintiff agreed not to seek unless the shares had not been delivered to Plaintiff by October 31, 2021.

As Defendant timely delivered 2,000,000 shares of common stock to Plaintiff but has failed to become fully current on its reporting requirements to the Securities Exchange Commission, and has failed to timely deliver the required 4,287,148 shares of TURV common stock to Plaintiff, in accordance with the terms of the Notice of Settlement:

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Two Rivers Water & Farming Company shall deliver 4,287,148 shares of TURV common stock to Plaintiff by _____.

II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Black Mountain Equities will limit its sales of the any Shares to 10% of the daily total of TURV shares sold on any given day.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal

Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

IT IS SO ORDERED.

Dated: _____
Hon. Janis L. Sammartino
UNITED STATES DISTRICT JUDGE