UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>TWO RIVERS WATER & FARMING COMPANY,<br><br>                              Defendant. | Case No.:  21-cv-00571-JLS-BGS<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFF'S STATUS UPDATE REGARDING SETTLEMENT AND REQUEST FOR ENTRY OF JUDGMENT**<br><br>**[ECF No. 49]** |

On November 1, 2021, Plaintiff filed a "Status Update Regarding Settlement and Request for Entry of Final Judgment" ("Status Update"). (ECF No. 49.) In the Status Update, Plaintiff represents that Defendant has failed to comply with the terms of the parties' settlement in that, as of November 1, 2021, "Defendant failed to become fully current on its reporting requirements to the Securities Exchange Commission, and it has not delivered the required 4,287,148 shares of TURV common stock to Plaintiff." (*Id.* at 2.) Plaintiff requests that, "[i]n accordance with the terms of the Notice of Settlement and based upon Defendant's failures to comply with the settlement terms," the Court "enter the Final Judgment[,] . . . which was agreed to in substance at the settlement conference." (*Id.*)

///

///

On November 5, 2021, the parties appeared before Magistrate Judge Skomal for a Status Conference regarding settlement.  (ECF No. 50.)  To date, Defendant has not filed a response to Plaintiff's request for entry of final judgment.

Accordingly, <u>no later than 7 days from the date of this Order</u>, Defendant shall file a response to Plaintiff's request for entry of the final judgment attached as Exhibit A to the Status Update.  If Defendant does not oppose Plaintiff's request, it shall file a notice of non-opposition.

**IT IS SO ORDERED.**

Dated:  November 22, 2021

Hon. Janis L. Sammartino
United States District Judge